CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for MANUEL PEREZ-ARREOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANUEL PEREZ-ARREOLA,<br><br>　　　　Defendant. | Case No.: CR. S-12-343 TLN<br><br>STIPULATION AND ORDER EXCLUDING TIME<br><br>DATE: MAY 10 2013<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Troy L. Nunley |

On April 4, 2013, the parties submitted a proposed stipulation (Document 15) to the Hon. Garland E. Burrell, Jr., requesting that the status conference scheduled for April 5, 2013, be vacated and continued to April 26, 2013. The parties further stipulated that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. would be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweighed the best interests of the public and the defendant to a speedy trial.

Pending issuance of an order on that proposed stipulation, this case was reassigned to this court for all further proceedings.

The parties' proposed stipulation (Document 15) was not signed by Judge Burrell.

The parties subsequently appeared before this court on May 9, 2013, at which time the matter was continued with an exclusion of time from May 9, 2013, to June 13, 2013. The parties now contemplate an exclusion of time between April 5, 2013, and May 9, 2013.

Consequently, IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MANUEL PEREZ-ARREOLA, that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: May 10, 2013 /S/ Samuel Wong
BENJAMIN B. WAGNER
by SAMUEL WONG
Attorney for Plaintiff


/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Manuel Perez-Arreola

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders that the time from the date of the parties' original stipulation (Document 15) - April 4, 2013- through and including the May 9, 2013 status conference, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

This 15th day of May, 2013

Troy L. Nunley
United States District Judge