CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for MANUEL PEREZ-ARREOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR. S-12-343 TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| MANUEL PEREZ-ARREOLA, | DATE:  August 22, 2013 TIME:   9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MANUEL PEREZ-ARREOLA, that the status conference scheduled for August 22, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on September 5, 2013, at 9:30 a.m. for further status conference.  The court has indicated that there will not be a criminal calendar on the date for which the status conference is presently set.  Furthermore, defense counsel requires additional time to confer with Mr. Perez-Arreola regarding case disposition.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:       August 2, 2013          /S/      Samuel Wong_____
                                     BENJAMIN B. WAGNER
                                     by SAMUEL WONG
                                     Attorney for Plaintiff


                                     /S/      Clemente M. Jiménez_____
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Manuel Perez-Arreola

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 2, 2013, to and including the new September 5, 2013 status conference hearing date, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the August 22, 2013, status conference hearing shall be vacated and further status conference held on September 5, 2013, at 9:30 a.m.

This 6th day of August, 2013

_____
Troy L. Nunley
United States District Judge