1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:12-CR-343-TLN

12                  Plaintiff,         STIPULATION AND ORDER CONTINUING
                                       STATUS CONFERENCE AND EXCLUDING
13          v.                         TIME UNDER THE SPEEDY TRIAL ACT

14  MANUEL PEREZ-ARREOLA,              Court: Hon. Troy L. Nunley

15                  Defendant.

16

17          It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

18  hand, and defendant Manuel Perez-Arreola, on the other hand, through their respective attorneys, that:

19  (1) the presently set November 21, 2013, status conference hearing shall be continued to February 20,

20  2014, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, November 18, 2013, through,

21  and including, February 20, 2014, shall be excluded from computation of time within which the trial of

22  this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

23  (B)(iv) and Local Code T4, to permit continuity of defense counsel and additional time for defense

24  counsel to prepare his client's defense.

25          Defense counsel represents that: (1) he desires additional time to review discovery, conduct

26  legal and factual research, and confer with his client to prepare his client's defense; and (2) he is

27  currently unavailable in January 2014 due to his need to prepare for, and conduct, other trials.

28          Accordingly, the parties stipulate and agree that the Court shall find that: (1) the failure to grant

STIPULATION AND ORDER                    1
CONTINUING STATUS CONFERENCE

the requested continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  November 18, 2013          /s/ Carlos Fuentes

_____
CARLOS FUENTES
Attorney for defendant
MANUEL PEREZ-ARREOLA
(Per email authorization)

Dated:  November 18, 2013          BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong

By:  _____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties' stipulation on November 18, 2013, up to and including the February 20, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T 4, to allow defendant continuity of counsel and defense counsel reasonable time to prepare.


Dated: November 19, 2013


Troy L. Nunley
United States District Judge

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE